[No. 9723–4–III.   Division Three.   January 25, 1990.]

HERSCHEL SPARKS, ET AL, *Appellants,* v. DOUGLAS COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Douglas County, No. 86–2–00176–7, Clinton J. Merritt, J., entered December 21, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 9982–2–III.   Division Three.   January 25, 1990.]

ORVILLE E. SWARTZ, *Appellant,* v. PACIFIC NORTHWEST BELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Adams County, No. 88–2–00101–8, Philip W. Borst, J., entered May 5, 1989. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.

[No. 22979–6–I.   Division One.   January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. STANLEY ROSS THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–02043–1, Arthur E. Piehler, J., entered August 29, 1988. *Reversed* by unpublished opinion per Coleman, C.J., concurred in by Winsor, J., and Ringold, J. Pro Tem.

[No. 22591–0–I.   Division One.   January 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN GATES, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88–1–00193–9, Byron L. Swedberg, J., entered July 8, 1988. *Dismissed* by unpublished per curiam opinion.